382 A.2d 752

Commonwealth v. Mason, Appellant.

Submitted March 14, 1977. Frederic G. Antoun, Jr., and Daniel R. McGarry, Assistant Public Defenders, for appellant; LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.